# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY KIRKLEY, | Case No.: 2:18-cv-01610-JAD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| U.S. PLUMBING, INC., | |
| Defendant(s). | |

The Court ordered the parties to submit early neutral evaluation statements by December 12, 2018. Docket No. 10. The Court has not received those statements to date. As the parties have violated the Court's order, this early neutral evaluation is hereby **VACATED** and this case returns to the normal litigation track.

IT IS SO ORDERED.

Dated: December 17, 2018

Nancy J. Koppe
United States Magistrate Judge