# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| ZACHARY KIRLEY, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-cv-01610-JAD-VCF |
| U.S. PLUMBING, INC., | **ORDER** |
| Defendant. | |

Before the court is the Stipulated Response to the Court's December 17, 2018 Order (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 19, 2019.

DATED this 18th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE