JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY KIRKLEY, An Individual<br><br>Plaintiff,<br><br>vs.<br><br>U.S. PLUMBING, INC., a Domestic Corporation, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | CASE NO. **2:18-cv-01610**<br><br>ECF No. 17 |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ZACHARY KIRKLEY and Defendant U.S. PLUMBING, INC., by and through their respective counsel, that ZACHARY KIRKLEY's complaint against DEFENDANTS be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

///

///

///

IT IS SO STIPULATED:

Dated this 10th day of January 2019.

**HKM Employment Attorneys LLP**

*Marta Kushumova* #14728 /pr
_____
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

Dated this 10th day of January 2019.

**McCormick Barstow LLP**

_____
Dylan P. Todd, Esq.
Nevada Bar No. 10456
8337 West Sunset Road., Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2019